For the error shown in bill of exceptions No. 7, this judgment is reversed and the cause remanded.

On State's Motion for Rehearing.

CHRISTIAN, Judge.

The State insists that we were in error in holding as a matter of law that Mrs. Short was an accomplice witness. The opinion is expressed that the testimony of the witness set out in the original opinion places her in the category of an accomplice. Her testimony was largely relied upon by the State to establish a fraudulent intent on the part of the appellant when he took money belonging to the Orange Furniture Company. It is deemed that proper disposition of the appeal was made upon the original submission of the case.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## FLEMINS v. STATE.
### No. 21353.

Court of Criminal Appeals of Texas.
Jan. 8, 1941.

Tom Davis, of Haskell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon the public highway while appellant was intoxicated, punishment assessed be-

ing confinement in the county jail for 30 days, and a fine of one hundred dollars.

No statement of facts or bills of exception appear in the record. Nothing is presented for review.

The judgment is affirmed.